IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BUNCOMBE COUNTY, NORTH CAROLINA, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Respondents. | Case No. 3:22-cv-00420-DCLC-DCP |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS FROM THE FIRST AMENDED COMPLAINT

Defendants TeamHealth Holdings, Inc., AmeriTeam Services, LLC, and Health Care Financial Services, LLC (collectively, "Defendants") move under Federal Rules of Civil Procedure 12(f), 23(c)(1)(A), and 23(d)(1)(D) to strike the class allegations from Plaintiff's First Amended Complaint.

This motion is accompanied by a supporting memorandum setting forth the factual and legal grounds for striking Plaintiff's class allegations, as required by Local Rule 7.1. This motion is also accompanied by an unopposed motion to exceed the 25-page limit otherwise applicable.

As fully set forth in Defendants' supporting memorandum, Plaintiff's proposed class contains incurable defects that render the class uncertifiable and unmaintainable under Rule 23. In short, maintaining Plaintiff's overbroad class will subvert the requirements of Rule 23 because proving Plaintiff's claim will not advance the litigation as to any other class member. Because

discovery cannot fix the problems in Plaintiff's suggested class—problems which stem not from an absence of proof but from liability theories that are fundamentally inconsistent with representative litigation—this Court can and should strike the class allegations at this stage of litigation.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Gary C. Shockley*
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615)726-5704 (phone)
(615)744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423)928.0181(phone)
(423)928.5694 (fax)
nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901)526.2000 (phone)
(901)577.2303 (fax)
mmulqueen@bakerdonelson.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

   I hereby certify under Rule 5 of the Federal Rules of Civil Procedure that a true and exact copy of the foregoing Motion to Strike Plaintiff's Class Allegations was served on the following counsel of record via operation of the Court's electronic filing system:

Mary Parker
PARKER & CROFFORD
5115 Maryland Way
Brentwood, TN 37027
mparker@parker-crofford.com

Mona L. Wallace
John S. Hughes
Olivia Smith
WALLACE & GRAHAM, P.A.
525 N. Main St.
Salisbury, NC 28144
704-633-5244 Telephone
mwallace@wallacegraham.com
jhughes@wallacegraham.com
osmith@wallacegraham.com

Janet Varnell
VARNELL AND WARWICK, PA
1101 E. Cumberland Avenue
Suite 201H, #105
Tampa, FL 33602
jvarnell@vandwlaw.com

Robert N. Hunter, Jr.
HIGGINS BENJAMIN, PLLC
301 N Elm St Suite 800
Greensboro, NC 27401
Phone: (336) 275-7577
rnhunterjr@greensborolaw.com

Dated March 24, 2023.

                */s/ Gary C. Shockley*
                Attorney